Rel: August 16, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0739

Kelly C. Schrimsher v. City of Huntsville and Deanna L. Oswald (Appeal from Madison Circuit Court: CV-22-901301).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Cook, JJ., concur.